1  Julie S. Turner (SBN 191146)
   TURNER BOYD LLP
2  2570 W. El Camino Real
   Suite 380
3  Mountain View, CA 94040
   Phone: (650) 521-5930
4  Fax:  (650) 521-5931
   Email: turner@turnerboyd.com
5
   *Attorneys for Defendant*
6  *Zuora, Inc.*

7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 ENKI CORPORATION,                    Case No. 5:13-cv-02201-PSG

12                 Plaintiff,           **DECLARATION OF JULIE
                                        TURNER IN SUPPORT OF
13        vs.                           DEFENDANTS' JOINT NOTICE OF
                                        MOTION AND MOTION TO
14 KEITH FREEDMAN *et al.*,             DISMISS ENKI CORPORATION'S
                                        COMPLAINT OR, IN THE
15                 Defendants.          ALTERNATIVE, FOR A MORE
                                        DEFINITE STATEMENT
16
                                        **(FRCP 12(B)(6), 28 U.S.C.  § 1367(C),
17                                      AND FRCP 12(E))**

18                                      Date:    August 27, 2013
                                        Time:   10:00 a.m.
19                                      Courtroom:  5, 4th Floor
                                        Judge:  Paul S. Grewal
20

21

22       I, Julie S. Turner, declare and state as follows:

23       1.      I am a partner at the law firm of Turner Boyd LLP, counsel of record for

24 Defendant Zuora, Inc. in this matter.  I am over the age of eighteen and have personal knowledge

25 of the facts set forth in this Declaration.

26       2.      Attached as Exhibit A is the Statement of Work between ENKI and Zuora, dated

27 February 23, 2012.

28

1    3.    Attached as Exhibit B is the Master Services Agreement between ENKI and

2  Zuora.

3    I declare under penalty of perjury under the laws of the United States of America that the

4  foregoing is true and correct, and that this declaration was executed July 22, 2013, in Mountain

5  View, California.

6  Dated: July 22, 2013                                Respectfully submitted,

7

8                                                      /s/ Julie S. Turner
                                                       **TURNER BOYD LLP**

9                                                      Julie S. Turner (SBN 191146)
                                                       2570 W. El Camino Real

10                                                     Suite 380
                                                       Mountain View, CA 94040

11                                                     Telephone: (650) 521-5930

12                                                     *Attorneys for Defendant*
                                                       *Zuora, Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JULIE TURNER ISO                                     CASE NO.  5:13-cv-02201-PSG
JOINT MOTION TO DISMISS