1 .

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

ENKI CORPORATION,

                Plaintiff,

   vs.

KEITH FREEDMAN *et al*.,

                Defendants.

Case No. 5:13-cv-02201-PSG

[~~PROPOSED~~] ORDER GRANTING ZUORA INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS SUBMITTED IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS

Judge: Hon. Paul S. Grewal

      Having considered (1) Defendant Zuora, Inc.'s Administrative Motion to File Under Seal Exhibits Submitted In Connection With Defendants' Motion To Dismiss, (2) the Declaration of Sean Wani In Support Of Administrative Motion To File Under Seal Exhibits Submitted In Connection With Defendants' Motion To Dismiss, (3) the Stipulation re Administrative Motion To File Under Seal Exhibits Submitted In Connection With Defendants' Motion To Dismiss, and (4) Exhibits A and B to the Declaration of Julie S. Turner In Support Of Defendants' Joint Notice Of Motion And Motion To Dismiss Enki Corporation's Complaint Or, In The Alternative, For A More Definite Statement:

– 2 –

1  IT IS HEREBY ORDERED THAT Defendant Zuora, Inc.'s motion is GRANTED.  The
2  Clerk of the Court shall file under seal Exhibits A and B to the Declaration of Julie S. Turner In
3  Support Of Defendants' Joint Notice Of Motion And Motion To Dismiss Enki Corporation's
4  Complaint Or, In The Alternative, For A More Definite Statement, filed on July 22, 2013.

Date: __8/9/13_____          By: __[signature]_____
                                                   Hon. Paul S. Grewal
                                                   United States Magistrate Judge

TURNER BOYD LLP
2570 W. El Camino Real, Suite 380
Mountain View, CA 94040

[PROPOSED] ORDER GRANTING
ZUORA'S ADMIN. MOT. TO SEAL

CASE NO.  5:13-cv-02201-PSG