HERRICK, FEINSTEIN LLP
David Feuerstein (admitted *pro hac vice*)
E-mail: dfeuerstein@herrick.com
Marisa Leto (admitted *pro hac vice*)
E-mail: mleto@herrick.com
Jessica Natbony (admitted *pro hac vice*)
E-mail: jnatbbony@herrick.com
2 Park Avenue
New York, New York 10016
Telephone: (212) 592-1400

KAWAHITO SHRAGA & WESTRICK LLP
David R. Shraga (SBN 229098)
E-mail: dshraga@kswlawyers.com
1990 S. Bundy Dr., Ste. 280
Los Angeles, California 90025
Phone: (310) 746-5300
Facsimile: (310) 593-2520

Attorneys for Plaintiff ENKI Corporation

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ENKI CORPORATION (f/k/a ENKI, LLC)<br><br>Plaintiff,<br>vs.<br><br>KEITH FREEDMAN, an individual, FREEFORM TECHNOLOGIES, LLC, a California limited liability company; ZUORA, INC., a corporation of unknown origin; and DOES 1 through 100,<br><br>Defendants. | Case No.: 5:13-cv-02201-PSG<br><br>**JOINT STATUS CONFERENCE STATEMENT AND REQUEST FOR BRIEF CONTINUANCE OF CONFERENCE (PENDING SUBSTITUTION OF NEW COUNSEL)** |

Plaintiff ENKI Corporation and Defendants Keith Freedman and FreeForm Technologies, LLC ("Freedman Defendants"), by and through their respective counsel of record, hereby submit this joint status conference statement and request for a brief continuance:

1. After this case was originally filed Plaintiff and one of the named Defendants, Zuora, Inc., agreed to arbitrate certain of their claims. The parties agreed to defer further prosecution of the matter in Federal Court pending the outcome of this arbitration.

2. The arbitration has now been resolved and Plaintiff and Zuora, Inc. have recently filed dismissals with prejudice of the asserted claims against each other.

3. The only parties to the case now are Plaintiff and the Freedman Defendants.

4. However, Plaintiff intends to substitute new counsel imminently and is in the process of engaging them. Due to the holiday season, however, Plaintiff was not able to finalize this process prior to the deadline to file this statement.

5. Plaintiff therefore requests that the Court continue the currently pending January 6, 2015 status conference by a period of 30 days to allow time for Plaintiff to engage and substitute in new counsel.

6. This continuance is necessary so the new counsel can evaluate the matter, meet and confer with Defendants' counsel, and then advise the Court of Plaintiff's intentions and requests concerning scheduling moving forward.

7. The Parties believe it would be inefficient for Plaintiff's current counsel to engage in this process with opposing counsel now or address any scheduling issues with the Court given that new counsel will be appearing shortly.

8. The Freedman Defendants have agreed to the requested continuance.

9. Plaintiff and the Freedman Defendants therefore stipulate and agree that the status conference shall be continued to February ~~6~~ 3, 2015 at 10:00 a.m. ~~or the next day thereafter on the Court's calendar that is available.~~

**IT IS SO STIPULATED.**

The filer of this document attests that the concurrence in the filing of this document has been obtained from the other signatories hereto.

DATED: December 30, 2014      HERRICK, FEINSTEIN LLP
David Feuerstein (admitted *pro hac vice*)
Marisa Leto (admitted *pro hac vice*)
Jessica Natbony (admitted *pro hac vice*)

By: /s/
DAVID FEUERSTEIN

KAWAHITO SHRAGA & WESTRICK LLP
David R. Shraga

By: /s/
DAVID R. SHRAGA

Attorneys for Plaintiff
ENKI CORPORATION

DATED: December 30, 2014      DPA LAW GROUP
Drew Piunti

By: /s/
DREW PIUNTI

Attorneys for Defendants
Keith Freedman and FreeForm Technologies, LLC

SO ORDERED.
Dated: December 30, 2014

_Paul S. Grewal_
PAUL S. GREWAL
United States Magistrate Judge