COOPER, WHITE & COOPER LLP
JILL B. ROWE (SBN 197713)
  jrowe@cwclaw.com
SCOTT M. McLEOD (SBN 242035)
  smcleod@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Plaintiff ENKI Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ENKI CORPORATION (f/k/a ENKI, LLC),<br><br>Plaintiff,<br><br>vs.<br><br>KEITH FREEDMAN, an individual, FREEFORM TECHNOLOGIES, LLC, a California limited liability company; ZUORA, INC., a corporation of unknown origin; and DOES 1 through 100,<br><br>Defendants. | CASE NO. 5:13-cv-02201-PSG<br><br>**JOINT STATUS CONFERENCE STATEMENT AND REQUEST FOR SECOND BRIEF CONTINUANCE OF CONFERENCE (PENDING NEW COUNSEL'S RECEIPT OF FILES AND SETTLEMENT DISCUSSIONS)**<br><br>Date:   Feb. 3, 2015<br>Time:  10:00 a.m.<br>Judge: Paul S. Grewal<br><br>Trial Date: None Set |

Plaintiff ENKI Corporation and Defendants Keith Freedman and FreeForm Technologies, LLC ("Freedman Defendants"), by and through their respective counsel of record, hereby submit this joint status conference statement and request a second brief continuance of the case management conference currently scheduled for February 3, 2015.

    1.    After this case was originally filed Plaintiff and one of the named defendants, Zuora, Inc., agreed to arbitrate certain of their claims. The parties agreed to defer further prosecution of the matter in Federal Court pending the outcome of that arbitration. The arbitration has now been resolved and Plaintiff and Zuora, Inc. have filed dismissals with prejudice of the claims asserted against each other.

    2.    The only parties to the case now are Plaintiff and the Freedman Defendants.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1014085.1

5:13-cv-02201-PSG

JOINT STATUS CONFERENCE STATEMENT AND REQUEST FOR SECOND BRIEF CONTINUANCE

3. On December 30, 2014, Plaintiff requested that the Freedman Defendants stipulate to a thirty day continuance of the then pending January 6, 2015 scheduling conference so Plaintiff could engage substitute counsel. The Freedman Defendants stipulated to a thirty day continuance which the Court granted.

4. On January 23, 2015, Plaintiff substituted new counsel into the case, the law firm of Cooper, White & Cooper LLP. Plaintiff has requested that its former attorneys transfer their client files to Cooper, White & Cooper, which has not yet received those files. Plaintiff respectfully requests a further 30 day continuance of the scheduling conference so that its new attorneys may obtain the client files and familiarize themselves with the issues. The Freedman Defendants agree to the requested further continuance, but have advised they will likely be disinclined to do so again.

5. Plaintiff and the Freedman Defendants have commenced settlement discussions, and are hopeful that the case can be fully resolved through settlement. Plaintiff and the Freedman Defendants respectfully request a brief continuance of the case management conference to allow ENKI's substitute counsel to obtain the client files, familiarize themselves with the issues, and participate in informed settlement discussions.

6. Plaintiff and the Freedman Defendants therefore stipulate and agree that the status conference shall be continued to March 2, 2015 at 10:00 a.m. or as soon thereafter as the Court's schedule permits.

**IT IS SO STIPULATED.**

The filer of this document attest that the concurrence in the filing of this document has been obtained from the other signatories hereto.

DATED: January 27, 2015                COOPER, WHITE & COOPER LLP


By: _____/s/_____
Jill B. Rowe
Attorneys for Plaintiff ENKI Corporation

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1014085.1                2                5:13-cv-02201-PSG
JOINT STATUS CONFERENCE STATEMENT AND REQUEST FOR SECOND BRIEF CONTINUANCE

DATED: January 27, 2015

DPA LAW GROUP

By:     /s/ Andrew Piunti
Andrew Piunti
Attorneys for Defendants Keith Freedman and FreeForm Technoloiges, LLC

**IT IS SO ORDERED.**

DATED: January 28, 2015

_____
Paul S. Grewal
United States Magistrate Judge

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1014085.1    3    5:13-cv-02201-PSG
JOINT STATUS CONFERENCE STATEMENT AND REQUEST FOR SECOND BRIEF CONTINUANCE