**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ENKI CORPORATION,                | ) Case No. 5:13-cv-02201-PSG |
|                                  | ) |
|           Plaintiff,             | ) **CASE SCHEDULING ORDER** |
|                                  | ) |
| v.                               | ) **(Re: Docket No. 68)** |
|                                  | ) |
| KIETH FREEDMAN, et al.,          | ) |
|                                  | ) |
|           Defendants.            | ) |
|                                  | ) |

Based on the parties' joint case management statement[1] and the case management conference this week,[2]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 60 days after entry of this order.

---

[1] *See* Docket No. 68.

[2] *See* Docket No. 69.

1

Case No. 5:13-cv-02201-PSG
CASE SCHEDULING ORDER

IT IS FURTHER ORDERED that the parties participate in a settlement conference with United States Magistrate Judge Howard Lloyd.  The parties shall contact him within 14 days to schedule the evaluation on or before April 7, 2015.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Fact Discovery Cut-Off | May 29, 2015 |
| Expert Discovery Cut-Off | July 31, 2015 |
| Dispositive Motions Hearing | August 28, 2015 |
| Pre-Trial Conference | September 8, 2015 at 10:00 a.m. |
| Jury Trial | September 28, 2015 at 9:30 a.m. |

**SO ORDERED.**

Dated: March 4, 2015

PAUL S. GREWAL
United States Magistrate Judge

2
Case No. 5:13-cv-02201-PSG
CASE SCHEDULING ORDER